### Patrick BRITTON, a/k/a Gary Louis Ellis, Plaintiff–Appellant,

v.

### Thomas A. CONSTANTINE, Administrator, Drug Enforcement Administration; United States of America; United States Department of Justice; Drug Enforcement Administration, Defendants–Appellees.

### No. 00–7818.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2001.

Decided April 24, 2001.

Patrick Britton, pro se. Richard Charles Kay, Office of the United States Attorney, Baltimore, MD, for appellees.

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Patrick Britton appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Britton v. Constantine*, No. CA–00–2524–L (D .Md. Nov. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*